```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
COLLEEN R. VILLARREAL
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag No. 09-222 EFB |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | AND ORDER |
| v. ) | |
| ) | |
| JON P. METOYER, ) | |
| ) | DATE: August 25, 2009 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing case number 09-222 EFB.

DATED: August 24, 2009         LAWRENCE G. BROWN
                                Acting United States Attorney

                           By: /s/ Matthew C. Stegman
                               MATTHEW C. STEGMAN
                               Assistant U.S. Attorney

O R D E R

SO ORDERED

DATED: August 24, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE